932

No. 87–5513.  GREEN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 87–5514.  MUNOZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–5515.  GATZONIS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 87–5519.  HASAN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 87–5520.  LEPISCOPO v. SULLIVAN, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 87–5527.  RADEMAKER v. TEACHERS COLLEGE, COLUMBIA UNIVERSITY.  C. A. 2d Cir.  Certiorari denied.

No. 87–5531.  HEATH ET AL. v. WARNER COMMUNICATIONS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 87–5540.  CAVADA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 87–5542.  VAN STRATEN v. WISCONSIN.  Sup. Ct. Wis. Certiorari denied.

No. 87–5552.  PARKER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 87–5558.  ZATKO v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 87–5580.  TAYLOR v. SOWDERS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 87–5583.  ROBINSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 87–5585.  ROLLINS ET UX. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–5592.  GOVE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.